■ In the Matter of ANNA HART, a Person Alleged to be Incapacitated. PATRICK HART, Respondent; MUJICA & GOODMAN, Appellant. [654 NYS2d 143] —Order, Supreme Court, New York County (Marylin Diamond, J.), entered October 31, 1996, which, in a proceeding pursuant to Mental Hygiene Law article 81, imposed monetary sanctions upon the alleged incapacitated person's attorney in the amount of $1,500, unanimously affirmed, without costs.

The imposition of a $1,500 sanction was a proper exercise of discretion in view of the precarious health of appellant's 91-year-old client and his failure to comply with two court orders

intended to facilitate findings on the exact nature of her disabilities. Concur—Ellerin, J. P., Wallach, Williams and Mazzarelli, JJ.